DECISIONS PER CURIAM, FROM APRIL 10, 1923, TO AND INCLUDING JUNE 11, 1923, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 805. LEHIGH & HUDSON RIVER RAILWAY COMPANY v. FLORENCE M. OTTERSTEDT, ON BEHALF OF HERSELF AND MINOR CHILDREN. Petition for a writ of certiorari to the Third Department, Appellate Division, of the Supreme Court of the State of New York. April 16, 1923. Petition for a rehearing herein granted. *Mr. John J. Beattie* for petitioner. *Mr. E. Clarence Aiken* for respondent. [See 261 U. S. 619; also *post,* 747.]

No. 634. STEFANO SANGUINETTI v. UNITED STATES. Appeal from the Court of Claims. Motion submitted April 9, 1923. Decided April 16, 1923. Motion to reinstate this case on the docket granted. *Mr. Benjamin Carter* for appellant. *The Attorney General* for the *United States.* [See 261 U. S. 626.]

No. —, Original. *Ex parte:* IN THE MATTER OF ADOLPH PALEAIS, PETITIONER. April 16, 1923. Motion for leave to file petition for a writ of habeas corpus denied, without prejudice to an application to the District Court. *Mr. Barnett E. Kopelman* and *Mr. Joseph G. M. Browne* for petitioner.